AOC-315.1 Doc. Code: COM
Rev. 4-01 9/17/2024 2:28:22PM
Commonwealth of Kentucky
Court of Justice
RCr 2.02

Case Number:
County: BOONE
Court: DISTRICT COURT
Warrant Number: E00810004842656
Generated: 9/17/2024 2:28:22PM

COMMONWEALTH OF KENTUCKY · COURT OF JUSTICE · lex et justitia

**Criminal Complaint**



**COMMONWEALTH OF KENTUCKY** **PLAINTIFF**

**VS.**

*Name:* Alain Osorio Vizcay

*Address (if known):* [redacted]

**DEFENDANT**

**Complaint**

The Affiant, Ryan Kilmer, states that on 8/30/2024 at 11:35 in BOONE County, Kentucky, the above named defendant unlawfully: on 08/30/2024 at approximately 1135 hours, a medium sized black male that was approximately 6'4" and 225 pounds, wearing a safety vest walked into the bank looking to cash a check. The bank teller stated that the male provided her with the check as well as a Texas operators license that she stated immediately appeared fake. The bank teller stated that the check appeared real and the information on it was normal. The bank teller stated that the check was made out for $6,200 to the name on the operators license the male provided. Due to bank policy and the operators license appearing fraudulent, the bank teller denied the male the $6,200.
The bank teller and manager got in contact with the victim who was the owner of the check. After giving a description of the suspect to the victim, she stated that she did not know who he was. The victim stated that she recently wrote out a check, that was the same check number as the one the male attempted to cash, to an 18 year old kid for $73.84. The victim stated to this detective that she is unsure of how the male got the check.
This detective ran the information associated with the Texas drivers license that the suspect provided to Heritage bank. The drivers license number as well as the name and date of birth on the license did not give a return for any valid Texas drivers license. This detective also spoke with Ashley who was the teller who helped the suspect and she stated that the Texas license the suspect gave her was very flimsy, but also appeared to not have the laminated film over it that real drivers licenses had. This detective added an additional charge of possession of a forged instrument first degree for the forged Texas drivers license.
This detective contacted Heritage bank and obtained a copy of the security footage. This detective used pictures of the subjects face and using investigative tools was able to find a booking photo that appears to match the subject in the security camera footage. This detective took the booking photo, as well as the subjects Facebook profile and compared them to the security footage. At that point this detective observed that the subjects matched. The subject in the security footage is identified as Yony Smith Npoles Charon, also known as Alain Vizcay Osorio.

Date: September 17, 2024 Signature of Affiant: [signature]

Subscribed and sworn to before me by Ryan Kilmer this day of September,2024

Zachery Robert Eagler
Notary Public, ID KYNP23617
State at Large, Kentucky
My Commission Expires on Feb. 19, 2025

My commission expires: ______________, 2 ______

Circuit Clerk/Notary/Other individual authorized by the Court

EXHIBIT
C

Date printed: Tuesday, September 17, 2024 Agency Local Code: 24012332