AOC-E-035 WarCode: WA
Rev. 01-08
Commonwealth of Kentucky
Court of Justice
RCr 2.05; RCr2.06

**NOT ORIGINAL COPY**

Warrant of Arrest
**Complaint Warrant**

Case Number:
County: BOONE
Court: DISTRICT COURT
Warrant Number: E00810004842656
Generated: 9/18/2024 9:29:00AM



*Plaintiff,* COMMONWEALTH VS. Alain Osorio Vizcay *Defendant*

TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY: You are commanded to arrest the person named below and bring him/her forthwith before the BOONE COUNTY - DISTRICT COURT. If Court is not in session, you shall deliver him/her to the Jailer of BOONE County.

Alain Osorio Vizcay
[redacted]

| Gender | Race | Date of Birth | Height | Weight | Operator License# | State |
|---|---|---|---|---|---|---|
| M | BLACK | [redacted] | 6'5 | 190 | [redacted] | OLNE |

[X] to answer charges that he/she committed the offense(s) of:

| Chg# | UOR Code | KRS | Type | Description | ASOF | Counts | Disp Dt | Disp |
|---|---|---|---|---|---|---|---|---|
| 1 | 25061 | 516.050 | F | CRIMINAL POSS OF FORGED INSTR 1ST DEGREE (IDEN | N/A | 1 | | |
| 2 | 25062 | 516.060 | F | CRIMINAL POSS OF FORGED INSTR 2ND DEGREE(IDEN | N/A | 1 | | |

[X] The defendant may post bail in the amount of $ 25,000 , secured by Cash

[ ] The defendant may not give bail.

## Complaint

The Affiant, Ryan Kilmer (FLORENCE POLICE DEPARTMENT 49) , states that on 8/30/2024 at 11:35 in BOONE County, Kentucky, the above named defendant unlawfully: on 08/30/2024 at approximately 1135 hours, a medium sized black male that was approximately 6'4" and 225 pounds, wearing a safety vest walked into the bank looking to cash a check. The bank teller stated that the male provided her with the check as well as a Texas operators license that she stated immediately appeared fake. The bank teller stated that the check appeared real and the information on it was normal. The bank teller stated that the check was made out for $6,200 to the name on the operators license the male provided. Due to bank policy and the operators license appearing fraudulent, the bank teller denied the male the $6,200.
The bank teller and manager got in contact with the victim who was the owner of the check. After giving a description of the suspect to the victim, she stated that she did not know who he was. The victim stated that she recently wrote out a check, that was the same check number as the one the male attempted to cash, to an 18 year old kid for $73.84. The victim stated to this detective that she is unsure of how the male got the check.
This detective ran the information associated with the Texas drivers license that the suspect provided to Heritage bank. The drivers license number as well as the name and date of birth on the license did not give a return for any valid Texas drivers license. This detective also spoke with Ashley who was the teller who helped the suspect and she stated that the Texas license the suspect gave her was very flimsy, but also appeared to not have the laminated film over it that real drivers licenses had. This detective added an additional charge of possession of a forged instrument first degree for the forged Texas drivers license.
This detective contacted Heritage bank and obtained a copy of the security footage. This detective used pictures of the subjects face and using investigative tools was able to find a booking photo that appears to match the subject in the security camera footage. This detective took the booking photo, as well as the subjects Facebook profile and compared them to the security footage. At that point this detective observed that the subjects matched. The subject in the security footage is identified as Yony Smith Npoles Charon, also known as Alain Vizcay Osorio.

Electronically signed by District Judge M.Thomas on 9/18/2024 at 8:21:57AM.

Agency Local Code: 24012332

Date printed: Wednesday, September 18, 2024

JH-RWOA

EXHIBIT
D

AOC-E-035 WarCode: WA
Rev. 01-08
Commonwealth of Kentucky
Court of Justice
RCr 2.05; RCr2.06

**NOT ORIGINAL COPY**

COMMONWEALTH OF KENTUCKY * COURT OF JUSTICE * Lex et Justitia

Case Number:
County: BOONE
Court: DISTRICT COURT
Warrant Number: E00810004842656
Generated: 9/18/2024 9:29:00AM

**Warrant of Arrest**
**Complaint Warrant**



EXECUTION

☒ Executed
☐ Not executed because ____________________

Date: 1/22, 2025

Signature of Peace Officer

Electronically signed by District Judge M.Thomas on 9/18/2024 at 8:21:57AM.
Agency Local Code: 24012332
Date printed: Wednesday, September 18, 2024
JH-RWOA